William MOMENT, Appellant,

v.

STATE of Missouri, Respondent.

No. 72503.

Missouri Court of Appeals,
Eastern District,
Division One.

April 21, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 8, 1998.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Seth A. Albin, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Appellant, William Moment ("movant"), appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude that the motion court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion setting forth the reasons for our decision for the use of the parties only. We affirm the judgment pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Leron HORNADAY, Appellant.

No. 72180.

Missouri Court of Appeals,
Eastern District,
Division One.

April 21, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 8, 1998.

Frank A. Anzalone, Anzalone & Fiser, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M.GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Leron Hornaday, appeals the judgment entered by the Circuit Court of the City of St. Louis after a jury found him guilty of first degree murder, RSMo section 565.020.1,[1] armed criminal action, RSMo section 571.015, and first degree robbery, RSMo section 569.020.

We have reviewed the briefs of the parties, the legal file, and transcript. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 30.25(b).

---

1. All statutory references are to RSMo 1994.